UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AOL, INC., | Case No. 5:14-cv-02382-PSG |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 21)** |
| NOEL TICZON et al., | |
| Defendants. | |

Based on the parties' Joint Case Management Statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the parties participate in mediation. The parties shall contact the court's ADR Desk by November 7, 2014 to make the necessary arrangements.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is November 30, 2014.

---

[1] *See* Docket No. 21.

[2] *See* Docket No. 29.

Case No. 5:14-cv-02382-PSG
CASE MANAGEMENT ORDER

1

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Fact discovery cut-off……………………………………………….......January 10, 2015

Expert designations……………………………………………............January 20, 2015

Last day to file dispositive motions..………………………………….......March 9, 2015

Pre-trial conference……………………………………………………April 24, 2015

Trial………………………………………………………………….............May 4, 2015

**SO ORDERED.**

Dated: October 30, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:14-cv-02382-PSG
CASE MANAGEMENT ORDER