MARK D. LITVACK #183652
mark.litvack@pillsburylaw.com
JAMES CHANG #271864
james.chang@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone:  (213) 488-7100
Facsimile No.:  (213) 629-1033

PAULA M. WEBER #121144
paula.weber@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200

Attorneys for Plaintiff
AOL INC.

ALBIE JACHIMOWICZ #104549
ajachimowicz@hinklelaw.com
JOEL P. WAELTY #226728
jwaelty@hinklelaw.com
JACHIMOWICZ, POINTER & EMANUEL, ATTORNEYS AT LAW, INC.
2007 West Hedding Street, Suite 100
San Jose, CA  95128
Telephone:  (408) 246-5500
Facsimile:  (408) 246-1051

Attorneys for Defendant
NOEL B. TICZON

DAVID KRAFT #82533
dkraft6885@aol.com
LAW OFFICE OF DAVID KRAFT
181 Devine Street
San Jose, CA  95110
Telephone:  (408) 293-6193
Facsimile:  (408) 275-0412

Attorneys for Defendant
EMMANUEL R. SABINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AOL INC., <br><br> Plaintiff, <br><br> vs. <br><br> NOEL B. TICZON and EMMANUEL R. SABINO, <br><br> Defendants. | Case No. 5:14-cv-02382 PSG <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS IN LIGHT OF PENDING CRIMINAL PROCEEDINGS <br><br> [Fed. R. Civ. P. 26(a)] |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff AOL INC. ("AOL") and Defendants NOEL B. TICZON ("Ticzon") and EMANUEL R. SABINO ("Sabino") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation:

WHEREAS, Plaintiff AOL filed a Complaint against former AOL employees Ticzon and Sabino in the above-captioned matter on May 22, 2014 alleging the following causes of action: (1) Common Law Fraud; (2) Statutory Fraud; (3) Common Law Conversion; and (4) Statutory Conversion (the "Complaint");

WHEREAS, Defendants Ticzon and Sabino filed their Answers to the Complaint on September 23, 2014 and both asserted the privilege against self-incrimination under the United States Constitution, Amendment V as to various substantive allegations in the Complaint;

WHEREAS, on February 27, 2015, the Santa Clara County District Attorney filed charges against both Defendants Ticzon and Sabino for grand theft by an employee with enhancements for aggravated white color crime and excessive taking. Both Defendants were arrested and booked on these charges on February 27, 2015;

WHEREAS, the criminal case involves the same facts and circumstances that give rise to the Complaint and resolution of the criminal case may result in the Parties efficiently resolving the civil action, or eliminate issues in dispute in the civil action;

1  WHEREAS, the Court has set a Pretrial Conference in the above-captioned matter for April 21, 2015 and trial for May 4, 2015;

NOW, THEREFORE, in light of the foregoing, the Parties stipulate, agree, and request that:

1. This matter is stayed during the pendency of the criminal proceedings against Defendants.

2. That the Parties will return to Court on June 30, 2015, to provide the Court with an update on the status of the criminal proceedings. If such proceedings are still pending, the Parties may file a joint status conference statement, providing for a further continuance of a status and scheduling conference.

Dated: March 11, 2015

PILLSBURY WINTHROP SHAW PITTMAN LLP


By   /s/ Paula M. Weber
         Paula M. Weber
Attorneys for Plaintiff
AOL Inc.

Dated: March 11, 2015

JACHIMOWICZ, POINTER & EMANUEL,
ATTORNEYS AT LAW, INC.


By   /s/ Joel P. Waelty
         Joel P. Waelty
Attorneys for Defendant
NOEL B. TICZON

Dated: March 11, 2015

LAW OFFICE OF DAVID KRAFT


By   /s/ David Kraft
         David Kraft
Attorneys for Defendant
EMMANUEL R. SABINO

<u>ORDER</u>

Having consider Plaintiff AOL Inc. and Defendant Noel B. Ticzon and Emanuel R. Sabino's Stipulation to Stay Proceedings in light of the pending criminal proceedings, and finding good cause therefore,

It is HEREBY ORDERED:

1. This matter is stayed during the pendency of the criminal proceedings.

2. That the Parties will return to Court on June 30, 2015, to provide the Court with an update on the status of the criminal proceedings. If such proceedings are still pending, the Parties may file a joint status conference statement, providing for a further continuance of a status and scheduling conference.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: March 13, 2015

_____
Honorable Paul Singh Grewal
United States Magistrate Judge